William H. Murphy, Appellee, v. Norine Quinlan and James J. Quinlan, Appellants.

Gen. No. 44,151.

opinion filed November 19, 1947; rehearing denied December 2, 1947; released for publication December 2, 1947. James W. Breen, for appellants; Joseph A. Ricker, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. **Not to be published in full.**